# IN THE UNITED STATED DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| WIRELESS MONITORING SYSTEMS LLC. | § § § | |
| Plaintiff, | § § | Case No: 2:16-cv-1230-JRG-RSP |
| vs. | § § § | |
| PATROLTAG, INC. d/b/a KORNER d/b/a KORNER SAFE | § § § | |
| Defendants. | § § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On this date, the Court considered Plaintiff Wireless Monitoring Systems LLC's motion to dismiss without prejudice Defendant pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Therefore, IT IS ORDERED that Plaintiff's claims against Defendant Patroltag. Inc. d/b/a Korner d/b/a Korner Safe are dismissed without prejudice with each party to bear its own fees and costs.

SO ORDERED

  **SIGNED this 21st day of November, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE